UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

MOKHMAD SHIDAEV,

     Petitioner,

v.

WARDEN, EDEN DETENTION
CENTER,

     Respondent.

No. 6:25-CV-00107-H

## **ORDER**

Petitioner Mokhmad Shidaev, an immigrant detainee proceeding pro se, filed a motion for leave to supplement his writ of habeas corpus to explain events that have taken place since he filed his amended petition. Dkt. No. 23. Respondent has not objected, and the time to do so has passed. *See* Fed. R. Civ. P. 15(a)(3). Thus, the Court grants the motion to supplement and directs the Clerk to file the supplemental petition and appendix, Dkt. Nos. 23-1, 23-2, in this case.

In its original response to the amended petition, Respondent argued primarily that Petitioner's claim under *Zadvydas v. Davis,* 533 U.S. 678, 701 (2001), was premature and thus, the petition should be denied. After considering Petitioner's notice that the six-month presumptively reasonable period for post-final-order detention recognized in *Zadvydas* has now expired, and his assertion that there is no significant likelihood of his removal in the reasonably foreseeable future, the Court finds that supplemental briefing is required.

Thus, the Court orders Respondent to file a supplemental response, on or before June 16, 2026, addressing the arguments and information set forth in Petitioner's supplemental petition. Respondent should also indicate what active efforts, if any, the

government is engaged in to remove Petitioner to any appropriate third country.  Petitioner

may reply to Respondent's supplemental response on or before July 6, 2026.

So ordered on May 27, 2026.

James Wesley Hendrix
United States District Judge